# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-10821-amc** |
| **Yvette Johnson** | : | **Chapter 13** |
| **Walter Johnson** | : | **Judge Ashely M. Chan** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, NA** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **December 12, 2017 at 11:00 a.m.** |
| | : | |
| **Yvette Johnson** | : | **U.S. Bankruptcy Court** |
| **Walter Johnson** | : | **900 Market Street, Courtroom #5** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, NA has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, NA to foreclose on 2524 North 29th Street, Philadelphia, PA 19132 .

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 21, 2017, you or your attorney must do **ALL** of the following:

A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

17-006047_EJS1

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on December 12, 2017 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #5, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   __11/6/17_____

17-006047_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-10821** |
| **Yvette Johnson** : | **Chapter 13** |
| **Walter Johnson** : | **Judge Ashely M. Chan** |
| : | ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ ⁎ |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, NA** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **December 12, 2017 at 11:00 a.m.** |
| : | |
| **Yvette Johnson** : | **U.S. Bankruptcy Court** |
| **Walter Johnson** : | **900 Market Street, Courtroom #5** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller** : | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Wells Fargo Bank, NA to foreclose on 2524 North 29th Street, Philadelphia, PA 19132 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Brad J. Sadek, Attorney for Yvette Johnson and Walter Johnson, Sadek and Cooper, 1315 Walnut Street, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November  6 , 2017:

Yvette Johnson, 2524 N 29th Street, Philadelphia, PA  19132

Walter Johnson, 2524  N 29th Street, Philadelphia, PA  19132

17-006047_EJS1

Yvette Johnson and Walter Johnson, 2524 North 29th Street, Philadelphia, PA 19132

DATE: __11/6/17_____

      /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-006047_EJS1